# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**BRAEGER CHEVROLET INC., et al.,**
           **Plaintiffs,**

v.                                                                       Case No. 14-cv-1308

**ALLY FINANCIAL INC.,**
           **Defendant.**

___

## ORDER

On June 4, 2015, the parties in this case filed a settlement agreement under seal along with a "Stipulated Order for Dismissal." Plaintiffs then filed a motion to restrict the settlement agreement, indicating that it had been filed in error and requesting that it be permanently sealed from public viewing. Because the settlement agreement was filed in error, I will order the Clerk of Court to withdraw it from the docket completely.

The parties also filed a stipulation of dismissal, *see* ECF No. 23-1, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). By operation of that rule, this case will be dismissed. However, the parties also filed a proposed order containing language purporting to dismiss this case. That proposed order will not be signed. See <u>Scott v. Delbert Servs. Corp.</u>, 973 F. Supp. 2d 949 (E.D. Wis. 2013).

**THEREFORE, IT IS ORDERED** that the Clerk of Court shall withdraw the Sealed Settlement Agreement (ECF No. 23) from the docket.

**IT IS FURTHER ORDERED** that plaintiffs' motion to restrict (ECF No. 24) is **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2015.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge

2

Case 2:14-cv-01308-LA   Filed 06/05/15   Page 2 of 2   Document 25